**Dismiss and Opinion Filed July 30, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00590-CV

**JOYCE NEMONS, Appellant**
**V.**
**JULIUS EKHATOR, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-55250-2012**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Schenck
Opinion by Justice Lang

Appellant's brief was originally due March 1, 2015. On March 16, 2015, this Court granted appellant an extension until March 31, 2015 file her brief. The extension order warned appellant that if she did not file her brief by that date, the appeal would be dismissed without further notice. To date, appellant has neither filed a brief nor communicated with the Court regarding the appeal. Accordingly, we dismiss the appeal. *See*. TEX. R. APP. P. 38.8(a)(1), 42.3(c).

/Douglas S. Lang/
DOUGLAS S. LANG
140590F.P05                                                    JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

JOYCE NEMONS, Appellant

No. 05-14-00590-CV      V.

JULIUS EKHATOR, Appellee

On Appeal from the 199th Judicial District Court, Collin County, Texas
Trial Court Cause No. 199-55250-2012.
Opinion delivered by Justice Lang, Justices Bridges and Schenck participating.

    In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that appellee Julius Ekhator recover his costs of this appeal from appellant Joyce Nemons.

Judgment entered this 30th day of July, 2015.